**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANGI HORVEI** | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **No. 22-2101** |
| **TRANS UNION, LLC et al.** | : | |

**ORDER**

This 22nd day of August, 2022, it is hereby **ORDERED** that Defendant Portfolio Recovery Associates, LLC and Defendant LVNV Funding, LLC's Motions to Dismiss (ECF 10, 11) are **GRANTED**.  Plaintiff's claims as to these defendants are **DISMISSED** for lack of jurisdiction.

　　　　　　　　　　　　　　　　 /s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　United States District Judge